**John F. ROSIER, Petitioner, v. Dr. Ora H. COX, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.**

No. 12560.

Circuit Court of Appeals, Eighth Circuit.

March 9, 1943.

John F. Rosier, pro se.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for respondent.

PER CURIAM.

Petition for allowance of appeal from District Court dismissed for want of jurisdiction to grant relief sought and to allow an appeal.